RECEIVED
In Chambers of:
U.S. District Judge
SANDRA L. TOWNES

JUL 18 2007

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D. N.Y.

★ AUG 7 2007 ★

P.M. _____
TIME A.M. _____

# MEMORANDUM
## TO THE HONORABLE SANDRA L. TOWNES
### United States District Judge

RE: Donato DiCamillo (Sentence date: 7/27/07)
Anthony Souza (Sentence date: 7/27/07)
Charles Fusco (Sentence date: 8/10/07)
DOCKET NO.: 06-CR-806

On April 26, 2007, the defendants, DiCamillo and Souza, pleaded guilty before Your Honor to federal offenses; Fusco pleaded on May 9, 2007. Thereafter, preparation of the offense conduct details was assigned to U.S. Probation Officer Brandon Maxon.

Mr. Maxon has advised that due to the ongoing investigation and upcoming trial of other defendants, to date the Government has not provided the information necessary to prepare the offense conduct details in this case, which has caused delays in the presentence investigations. In view of the scheduled sentence dates and our obligation to the Court to conduct the investigations and timely disclose the reports to all parties, we respectfully request adjournments of the sentence dates until such time that the Government is able to provide the information to allow the investigations to proceed. We apologize for any inconvenience.

Respectfully Submitted,

Tony Garoppolo
Chief U.S. Probation Officer

Prepared by: _____
Carol Sewell Rhoden
Supervising U.S. Probation Officer
(347) 534-3727

Date: July 17, 2007

cc:  John Buretta, Esq.                    John Murphy, Esq.
     Assistant United States Attorney      Anthony Souza, Esq.
                                           Andrew Rendeiro, Esq.
                                           Defense Attorneys

Page 2
Dicamillo
Souza
Fusco

__X__ Adjournment Request Granted

_____ Adjournment Request Denied

Comments: _____October 19, 2007 @ 2:30pm_____

s/ SLT          nco  July 26, 2007
The Honorable Sandra L. Townes      Date
United States District Judge